UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:25-CV-00138-GNS

SHELTER MUTUAL INSURANCE COMPANY                                   PLAINTIFF

v.

THOMAS BRANNON                                                     DEFENDANT

## JUDGMENT

This action was commenced on September 30, 2025.  On March 25, 2026, Defendant executed an offer of judgment pursuant to Fed. R. Civ. P. 68, which was accepted by Plaintiff on April 20, 2026, and served upon Defendant.  (Notice, DN 13).  The offer and notice of acceptance together with proof of service have been filed of record in this matter.  (Offer J., DN 14-1; Accepted Offer J., DN 13-2).

Accordingly, **IT IS HEREBY ORDERED** that judgment is entered against Defendant in favor of Plaintiff as follows:  Plaintiff has no duty to defend nor indemnify Defendant in connection with a lawsuit filed in Edmonson Circuit Court (Kentucky) and captioned, *Amy Brown v. Thomas Brannon d/b/a Brannon Construction*, Civil Action No. 23-CI-123 ("Underlying Lawsuit"); (2) the policy of insurance issued by Plaintiff to Defendant does not provide coverage for the allegations and consequent damages alleged in the Underlying Lawsuit; and (3) that Plaintiff is not liable to pay on behalf of Defendant or any other defendants in the Underlying Lawsuit or any other action sums which may be obligated to be paid as damages to Amy Brown or others as a result of the allegations set forth in the Underlying Lawsuit, in full resolution of any and all claims by Plaintiff in this action.  The Clerk shall strike this matter from the active docket.

This is a final and appealable order.

**Greg N. Stivers, Judge**
**United States District Court**
May 14, 2026

cc:    counsel of record
       Defendant, *pro se*